IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BUTAMAX(TM) ADVANCED BIOFUELS LLC,<br><br>Plaintiff,<br><br>v.<br><br>GEVO, INC.,<br><br>Defendant. | ) | C.A. No. 12-1200 (SLR)<br><br>**JURY TRIAL DEMANDED** |

## ANSWER TO COUNTERCLAIMS

In response to Defendant/Counterclaim Plaintiff Gevo, Inc.'s ("Gevo") Answer to Complaint, Affirmative Defenses, and Counterclaims, Plaintiff/Counterclaim Defendant Butamax™ Advanced Biofuels LLC ("Butamax") admits, denies, and avers as follows:

## THE PARTIES

1. Admitted.

2. Butamax admits it is a limited liability corporation organized and existing under the laws of the state of Delaware, with its principal place of business in Wilmington, Delaware. Butamax also admits it is a joint venture of DuPont and BP Biofuels North America LLC, which is an indirect subsidiary of BP p.l.c. Butamax otherwise denies the allegations set forth in paragraph 2.

3. Butamax admits that it was formed in July 2009. Butamax otherwise denies the allegations set forth in paragraph 3.

## JURISDICTION AND VENUE

4. The allegations in paragraph 4 of Gevo's Counterclaims contain legal conclusions and do not require a response. To the degree a response is required, Butamax denies the allegations set forth in paragraph 4.

5. Butamax admits that it filed its Complaint in this jurisdiction. The remaining allegations of paragraph 5 of Gevo's Counterclaims contain legal conclusions that do not require a response. To the degree a response is required, Butamax denies the remaining allegations set forth in paragraph 5.

6. The allegations in paragraph 6 of Gevo's Counterclaims contain legal conclusions and do not require a response. To the degree a response is required, Butamax denies the allegations set forth in paragraph 6.

## THE PATENT-IN-SUIT

7. Admitted.

8. Admitted

## FIRST COUNTERCLAIM
**(Declaration of Invalidity of the '558 Patent)**

9. Butamax incorporates by reference the answers set forth in paragraphs 1-8, above.

10. Denied.

11. The allegations in paragraph 11 of Gevo's Counterclaims contain legal conclusions and do not require a response. To the degree a response is required, Butamax denies the allegations set forth in paragraph 11.

12. Denied.

## PRAYER FOR RELIEF

This section constitutes a request for relief to which no response is required. To the extent that this section may be deemed to allege any facts or factual or legal entitlements to the relief requested, Butamax denies all such allegations. Butamax denies that Gevo is entitled to any of the requested relief.

## DEMAND FOR JURY TRIAL

Butamax joins Gevo's request for a jury trial on all issues triable by jury.

## GENERAL DENIAL

Butamax denies all allegations in Gevo's Counterclaims not specifically admitted.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Plaintiff/Counterclaim Defendant ButamaxTM Advanced Biofuels LLC*

OF COUNSEL:

Leora Ben-Ami
Thomas F. Fleming
Christopher T. Jagoe
Daniel Forchheimer
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800

Dated: November 30, 2012
1084795 / 36429

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on November 30, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on November 30, 2012, the attached document was Electronically Mailed to the following person(s):

Jack B. Blumenfeld
Jeremy A. Tigan
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
jblumenfeld@mnat.com
jtigan@mnat.com

James P. Brogan
Ann Marie Byers
Michelle Rhyu
Carolyn V. Juarez
Cooley LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021
jbrogan@cooley.com
abyers@cooley.com
mrhyu@cooley.com
cjuarez@cooley.com
zGevoButamaxLitigation@cooley.com

Melissa Harwood
Cooley LLP
719 Second Avenue, Suite 900
Seattle, WA 98104-1732
mharwood@cooley.com

Daniel Knauss
Matthew J. Brigham
Stephen C. Neal
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
dknauss@cooley.com
mbrigham@cooley.com
nealsc@cooley.com

Tryn T. Stimart
Adam Pivovar
Cooley LLP
777 6th Street, NW
Suite 1100
Washington, DC 20001
tstimart@cooley.com
apivovar@cooley.com

Benjamin G. Damstedt
Cooley LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
bdamstedt@cooley.com

By: */s/ David E. Moore*
Richard L. Horwitz
David E. Moore
Bindu A. Palapura
POTTER ANDERSON & CORROON LLP
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

1012762 / 36429